**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1042

XUNXIAN LIU,

Plaintiff - Appellant,

v.

MARY CATHERINE BUSHNELL; DAVID SHURTLEFF; EVELYN LOMBARDO CUSSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:18-cv-03468-PWG)

Submitted: April 16, 2020                    Decided: April 21, 2020

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Xunxian Liu, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xunxian Liu appeals the district court's order granting Defendants' motion to dismiss his claims stemming from his 2015 employment termination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Liu v. Bushnell*, No. 8:18-cv-03468-PWG (D. Md. Jan. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
